UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                  Criminal No. 23-mj-30132

Rodolfo Javier Mercado, Jr.,

    Defendant
_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                            Respectfully submitted,

                                            Dawn N. Ison
                                            United States Attorney

                                            *s/Katharine Hemann*
                                            Katharine Hemann WSBA #46237
                                            Assistant United States Attorney
                                            101 First St. Ste. 200
                                            Bay City, MI 48708
                                            katharine.hemann@usdoj.gov
                                            (989) 895-5712

Dated: April 4, 2023

**IT IS SO ORDERED.**

<u>s/ Patricia T. Morris</u>
Hon. Patricia T. Morris
United States Magistrate Judge

Entered: April 4, 2023